**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

FILED
MAR - 8 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 12cv0290-LAB(BLM) |
| DEFENDANT | TYPE OF PROCESS |
| $18,467.00 IN U.S. CURRENCY | ARREST |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

DRUG ENFORCEMENT ADMINISTRATION

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

4560 VIEWRIDGE AVENUE, SAN DIEGO, CALIFORNIA 92123-1637

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL P. RUNNING, JR., Special Assistant United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

USAO No. 2011V00651  DEA Case No. R2-11-0478; CATS ID No. 11-DEA-553799

Attached for your information are copies of the Complaint for Forfeiture. Please seize the defendant currency, advise the date of seizure, and furnish a copy of the warrant for arrest. Note that the U.S. Marshal has been appointed as custodian. Notice of the forfeiture proceedings will be published at the government website, www.forfeiture.gov.

Signature of Attorney or other Originator requesting service on behalf of:
Michael P. Running, Jr. / MICHAEL P. RUNNING, JR. [SAUSA]  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: Trisha L. Rivera (619) 557-5125
DATE: 3/2/12

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk Edw. J. Rogers | Date 3/5/12 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above):
Kristine Migita, Receptionist

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 03/05/12
Time: 1623 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED
SEND ORIGINAL + 2 COPIES to USMS.
FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt

**NOT FOR PUBLIC VIEW**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$18,467.00 IN U.S. CURRENCY,<br><br>    Defendant. | Case No. 12cv0290-LAB(BLM)<br><br>WARRANT FOR ARREST<br>IN ACTION IN REM |

TO: UNITED STATES MARSHAL
      SOUTHERN DISTRICT OF CALIFORNIA

YOU ARE HEREBY COMMANDED to attach the defendant,

**$18,467.00 IN U.S. CURRENCY,**

in the above-entitled action, and to detain the same in your custody until further order of the Court.

YOU ARE FURTHER COMMANDED to file this process in this Court with your return thereon promptly after execution thereof.

DATED: MAR - 2 2012

W. SAMUEL HAMRICK, JR., Clerk

By *K. Johnson*