LAURA E. DUFFY
United States Attorney
MICHAEL P. RUNNING, JR.
Special Assistant U.S. Attorney
California State Bar No. 146450
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8038
Email: michael.p.running@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 12cv0290-LAB(BLM) |
|---|---|
| Plaintiff, | ) |
| | ) JOINT MOTION FOR |
| v. | ) JUDGMENT OF FORFEITURE |
| | ) |
| $18,467.00 IN U.S. CURRENCY, | ) |
| | ) |
| Defendant. | ) |

The United States of America, by and through its counsel, Laura E. Duffy, United States Attorney, and Michael P. Running, Jr., Special Assistant U.S. Attorney, and claimant, John Dixon II, through his attorney of record Richard M. Barnett, agree as follows:

1. The parties have entered into this joint motion in order to resolve the matter of the seizure and forfeiture of the above-referenced defendant, $18,467.00 in U.S. Currency ("defendant currency").

2. The parties have agreed to a settlement which is hereinafter described in its particulars.

3. $3,467.00 of the defendant currency shall be forfeited and condemned to the United States pursuant to Title 21, United States Code, Section 881. $15,000.00 of the defendant currency, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect, shall be returned to the claimant, John Dixon II, either directly or through his attorney of record Richard M. Barnett.

4. The terms of this settlement do not affect the tax obligations, fines, penalties, or any other monetary obligations the claimant owes to the United States.

5. The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465. Claimant agrees that by entering into this joint motion, he has not "substantially prevailed" within the meaning of 28 U.S.C. § 2465. All parties shall bear their own costs and expenses, including attorney's fees. Judgment shall be entered in favor of the United States on its complaint.

6. Claimant warrants and represents as a material fact that he is the sole owner of the defendant currency and further warrants that no other person or entity has any right, claim or interest in the defendant, and that he will defend and indemnify the United States against any and all claims made against it on account of the seizure and forfeiture of the defendant currency.

7. The claimant, his agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the defendant currency.

8. Upon order of the Court, this case shall be closed.

DATED: 24 July 2012

LAURA E. DUFFY
United States Attorney

MICHAEL P. RUNNING, JR.
Special Assistant U.S. Attorney

DATED: 7-19-2012

JOHN DIXON II
Claimant

DATED: 7-19-12

RICHARD M. BARNETT
Attorney for Claimant